# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3669

_____

United States of America,

*Plaintiff - Appellee*,

v.

Corey Allen Brooks,

*Defendant - Appellant*.

_____

Appeal from United States District Court
for the Southern District of Iowa - Council Bluffs

_____

Submitted: May 25, 2015
Filed: June 19, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Corey Brooks directly appeals after he pled guilty to a drug-conspiracy offense and a firearm-related offense, and the district court[1] sentenced him to 40 years in

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

prison. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Brooks was not competent at the time he entered his guilty plea, and thus the district court[2] erred by accepting his plea.

Upon careful review, we conclude that--in light of Brooks's own statements at the change-of-plea hearing, as well as his counsel's statements--the district court did not clearly err in finding that Brooks was competent at the time he entered his guilty plea. *See United States v. Martinez*, 446 F.3d 878, 881 (8th Cir. 2006); *United States v. Denton*, 434 F.3d 1104, 1112-13 (8th Cir. 2006). We therefore further conclude that the district court did not err in accepting Brooks's plea.

In addition, having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____

[2]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.